COOLEY LLP
Eamonn Gardner (CA Bar 310834)
1144 15th Street, Suite 2300
Denver, CO 80202
Tel: (720) 566-4000/Fax: (720) 566-4099
egardner@cooley.com

Reuben H. Chen (CA Bar 228725)
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000/Fax: (650) 849-7400
rchen@cooley.com

Naina Soni (*pro hac vice*)
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004
Tel: (202) 842-7800/Fax: (202) 842-7899
nsoni@cooley.com

**Counsel for Defendants**
**Google LLC and YouTube, LLC**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAG ACQUISITION, L.L.C., | Case No. 3:22-cv-05772-JD |
| Plaintiff, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| GOOGLE LLC and YOUTUBE, INC., | Hon. James Donato |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**DEFENDANTS' NOTICE OF
CHANGE OF COUNSEL
CASE NO. 3:22-CV-05772-JD**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Joseph Drayton, Cameron C. Vanderwall and Sravan K. Tumuluri, formerly of Cooley LLP, are no longer with the firm, and for that reason hereby withdraw as attorneys for Defendants Google LLC and YouTube, LLC in this action. Counsel of record for Defendants otherwise remains the same.

Dated: November 10, 2023

COOLEY LLP

By: /s/ Reuben H. Chen

Eamonn Gardner (CA Bar 310834)
1144 15th Street, Suite 2300
Denver, CO 80202
Tel: (720) 566-4000/Fax: (720) 566-4099
egardner@cooley.com

Reuben H. Chen (CA Bar 228725)
3175 Hanover Street
Palo Alto, CA 94304
Tel: (650) 843-5000/Fax: (650) 849-7400
rchen@cooley.com

Naina Soni (*pro hac vice*)
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004
Tel: (202) 842-7800/Fax: (202) 842-7899
nsoni@cooley.com

*Counsel for Defendants*
*Google LLC and YouTube, LLC*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

DEFENDANTS' NOTICE OF
CHANGE OF COUNSEL
CASE NO. 3:22-CV-05772-JD